AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Parsons, Marcia P. | **2. Court or Organization**<br><br>USBC Eastern District of Tennessee | **3. Date of Report**<br><br>09/10/2018 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief Bankruptcy Judge (active) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

200 West Depot Street
Suite 321
Greeneville, Tennessee 37743

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parsons, Marcia P. | 09/10/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 09/13 to 09/14 | Washington, D.C. | Meeting | Transportation, meals, room |
| 2. | National Conference of Bankruptcy Judges | 10/07 to 10/11 | Las Vegas, NV | Meeting | Transportation, meals, room |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Parsons, Marcia P.** | 09/10/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SoFi Lending Corp. | Guaranty of note for son's student loan | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parsons, Marcia P. | 09/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital Bank Checking | A | Interest | K | T | | | | | |
| 2. TN Energy Acqu. Rev. Bond | B | Interest | K | T | | | | | |
| 3. U.S. Savings Bonds | A | Interest | M | T | | | | | |
| 4. IRA #2 (UBS Cus: Fin'ing Corp CPN Zero Coupon Bonds) | A | Interest | J | T | | | | | |
| 5. IRA #2 (UBS Cus: Fin'ing Corp CPN Zero Coupon Bonds) | A | Interest | J | T | | | | | |
| 6. IRA #2 (UBS Cus: Fed Hom Ln Mtg Corp Zero Coupon Bonds | A | Interest | | | Matured | 03/15/17 | K | | |
| 7. IRA #2 (UBS Cus: Fed Nat'l Ass Med Term Zeros) | A | Interest | K | T | | | | | |
| 8. IRA #2 (UBS Cus: Bank USA Deposit Account) | A | Interest | J | T | | | | | |
| 9. IRA #1 (UBS Cus: Fin'ing Corp CPN FICO Zero Coupon Bonds) | A | Interest | | | Matured | 02/17/17 | K | | |
| 10. IRA #1 (UBS Cus: Fin'ing Corp. Fed Cpn Zero Coupon Bonds) | A | Interest | L | T | | | | | |
| 11. IRA #1 (UBS Cus: Fin'ing Corp CPN Zero Coupon Bonds) | A | Interest | K | T | | | | | |
| 12. IRA #1 (UBS Cus: Fin'ing Corp Strip Zero Coupon Bonds) | A | Interest | K | T | | | | | |
| 13. IRA #1 (UBS Cus: Fed Nat's Mtg Assn Med Trm Zero Coup Bonds) | A | Interest | J | T | | | | | |
| 14. IRA #1 (UBS Cus: Fed Nat's Mtg Assn Zero Coupon Bonds) | A | Interest | L | T | | | | | |
| 15. IRA #1 (UBS Cus: Resol Funding Corp. Zero Coupon Bonds) | A | Interest | J | T | | | | | |
| 16. IRA #1 (UBS Cus: TN Vally Zero Coupon Bonds) | A | Interest | K | T | | | | | |
| 17. IRA #1 (UBS Cus: USA Bank Deposit Acount) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parsons, Marcia P. | 09/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #1 (UBS Cus: Jackson National Annuity) | A | Int./Div. | L | T | | | | | |
| 19. IRA #1 (UBS Cus: FNMA Zero Coupon Bonds) | A | Interest | J | T | | | | | |
| 20. IRA #1 (UBS Cus: FNMA Zero Coupon Bonds) | A | Interest | K | T | | | | | |
| 21. IRA #1 (UBS Cus: FNMA Zero Coupon Bonds) | A | Interest | J | T | | | | | |
| 22. IRA #1 (UBS Cus: Ohio Nat'l Annuity) | A | Interest | L | T | | | | | |
| 23. Hartford Fixed Annuity | C | Distribution | L | T | | | | | |
| 24. Great West IRA (100% in Secure Foundation Balanced L Account) | D | Distribution | M | T | | | | | |
| 25. NY Life Fixed Annuity | D | Distribution | L | T | | | | | |
| 26. TIAA-CREF Retirement Annuity #1 (ASL) | E | Distribution | N | T | | | | | |
| 27. UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 28. Capital One 360 Checking Account | D | Interest | J | T | | | | | |
| 29. AMEX Personal Savings Account | A | Interest | | | Closed | 11/17/17 | K | | |
| 30. VOYA Variable Annuity #1 Intermediate Bond Portfolio | A | Interest | | | Merged (with line 43) | 01/01/17 | K | | |
| 31. VOYA Variable Annuity #1 Growth & Income Portfolio | A | Interest | | | Merged (with line 43) | 01/01/17 | K | | |
| 32. VOYA Variable Annuity #1 Large Cap Growth Portfolio | A | Interest | | | Merged (with line 43) | 01/01/17 | K | | |
| 33. VOYA Variable Annuity #2 Intermediate Bond Portfolio | A | Interest | | | Merged (with line 44) | 01/01/17 | K | | |
| 34. VOYA Variable Annuity #2 Growth & Income Portfolio | A | Interest | | | Merged (with line 44) | 01/01/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parsons, Marcia P. | 09/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | VOYA Variable Annuity #2 Large Cap Growth Portfolio | A | Interest | | | Merged (with line 44) | 01/01/17 | K | | |
| 36. | VOYA Variable Annuity #3 Intermediate Bond Portfolio | A | Interest | K | T | | | | | |
| 37. | VOYA Variable Annuity #3 Growth & Income Portfolio | A | Interest | K | T | | | | | |
| 38. | VOYA Variable Annuity #3 Large Cap Growth Portfolio | A | Interest | K | T | | | | | |
| 39. | Ally Bank Savings Account | A | Interest | J | T | | | | | |
| 40. | Ally Bank CD | A | Interest | L | T | | | | | |
| 41. | UBS Bank USA Salt Lake Utah CD | A | Interest | M | T | Buy | 11/22/17 | M | | |
| 42. | | | | | | | | | | |
| 43. | VOYA Annuity #1 (Fixed payment) | C | Distribution | L | T | Open | 01/01/17 | L | | |
| 44. | VOYA Annuity #2 (Fixed payment) | C | Distribution | L | T | Open | 01/01/17 | L | | |
| 45. | IRA #2 (UBS Cus: HSBC Bank USA CD) | A | Interest | K | T | Buy | 03/20/17 | K | | |
| 46. | IRA #1 (UBS Cus: HSBC Bank USA CD) | A | Interest | K | T | Buy | 02/17/17 | K | | |
| 47. | Ally Bank CD | A | Interest | K | T | Buy | 10/13/17 | K | | |
| 48. | VOYA Annuity #3 (WSCC) (Variable) Vanguard Wellington Fund Adm | A | Int./Div. | J | T | Open | 08/15/17 | J | | |
| 49. | VOYA Annuity #3 (WSCC) (Variable) Vanguard Target Retire 2020 Fnd | A | Int./Div. | J | T | Open | 08/15/17 | J | | |
| 50. | VOYA Annuity #3 (WSCC) (Variable) Vanguard Target Retire Income Fnd | A | Int./Div. | J | T | Open | 08/15/17 | J | | |
| 51. | VOYA Annuity #3 (WSCC) (Variable) VOYA Fixed Plus Account III | A | Int./Div. | J | T | Open | 08/15/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parsons, Marcia P. | 09/10/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. | | | | | | | | | |
| 54. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parsons, Marcia P. | 09/10/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The TIAA-CREF Retirement Annuity on Line 26 of Part VII of the 2016 report has been renamed TIAA-CREF Retirement Annuity (ASL) #1 and appears on Line 26 of Part VII of this report. The renaming is to distinguish it from new TIAA-CREF Retirement Annuity #2 (WSCC) that appears on Line 42 of Part VII of this report.

2. The funds making up VOYA Retirement Annuity #1 that appeared on Lines 30-32 of Part VII the 2016 report have been merged into the VOYA Retirement Annuity #1 appearing on Line 43 of Part VII of this report to reflect that this investment has been annuitized into a single payment.

3. The funds making up VOYA Retirement Annuity #2 that appeared on Lines 33-35 of Part VII the 2016 report have been merged into the VOYA Retirement Annuity #1 appearing on Line 44 of Part VII of this report to reflect that this investment has been annuitized into a single payment.

Additional Information/Explanations for amended 2017 report:

1. VOYA Retirement Annuity #1 appearing on Line 43 of the original 2017 report has been relabeled as "Voya Annuity #1 (Fixed payment)" to reflect that it is a fixed payment annuity.

2. VOYA Retirement Annuity #2 appearing on Line 44 of the original 2017 report has been relabeled as "Voya Annuity #2 (Fixed payment)" to reflect that it is a fixed payment annuity.

3. TIAA CREF Retirement Annuity #2 (WSCC) appearing on Line 42 of the original 2017 report was incorrectly labeled as a TIAA CREF annuity when it is in fact a VOYA annuity and should have been described in the original 2017 report as "VOYA Annuity #3 (Variable)". In this amended report that investment is listed in Lines 48-51 where the specific funds in which the investment is held are identifed. Line 42 in this amended report is left blank for that reason.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marcia P. Parsons**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544